UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. MCCOLLUM, JR., | ) |
| 7309 Baltimore Ave. #117 | ) |
| College Park, MD  20740 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| 825 North Capitol Street, N.E. | ) |
| Washington, D.C.  20002-4232, | ) |
| | ) |
|     and, | ) |
| | ) |
| CLINTON L. EVANS, JR., | ) |
| In his official capacity as | ) |
| Hearing Officer for District of | ) |
| Columbia Public Schools, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
|     Serve: | ) |
| | ) |
|     Executive Office of the Mayor | ) |
|     1350 Pennsylvania Ave., N.W. | ) |
|     5th Floor | ) |
|     Washington, D.C.  20004 | ) |
| | ) |
|     Office of the Attorney General | ) |
|     1350 Pennsylvania Ave., N.W. | ) |
|     Suite 409 | ) |
|     Washington, D.C.  20004, | ) |
| _____ | ) |

**APPLICATION FOR TEMPORARY RESTRAINING ORDER, DECLARATORY AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**

       Plaintiff, James E. McCollum, Jr., pursuant to Rule 65 and Local Rule 65.1, hereby moves this Court for a temporary restraining order, for declaratory relief and for preliminary and permanent injunctive relief against the District of Columbia and against Clinton

L. Evans, Jr., in his official capacity.  The reasons why this relief should be granted are set forth in the accompanying memorandum of points and authorities in support of the application for temporary restraining order, declaratory and preliminary and permanent injunctive relief.

Counsel hereby verifies that she has furnished all papers to counsel for the District of Columbia by facsimile to 202-727-3625.  On June 28, 2005, counsel spoke with Edward P. Taptich, Esquire, supervising attorney and Assistant Attorney General to describe the papers and the nature of the relief sought.  Counsel hereby also requests an expedited hearing.  DATED this _____ day of June, 2005.

Respectfully submitted,

_____
Carla M. Mathers
Bar No. 445064

7309 Baltimore Ave., Suite 117
P.O. Box 1717
College Park, MD 20740-2736
301-864-6070 Ext. 201