**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES E. MCCOLLUM, JR., | ) |
| 7309 Baltimore Ave., #117 | ) |
| College Park, MD  20740 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| 825 North Capitol Street, N.E. | ) |
| Washington, D.C.  20002-4232, | ) |
| | ) |
|     and, | ) |
| | ) |
| CLINTON L. EVANS, JR., | ) |
| In his official capacity as | ) |
| Hearing Officer for District of | ) |
| Columbia Public Schools, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
|     Serve: | ) |
| | ) |
|     Executive Office of the Mayor | ) |
|     1350 Pennsylvania Ave., N.W. | ) |
|     5th Floor | ) |
|     Washington, D.C.  20004 | ) |
| | ) |
|     Office of the Attorney General | ) |
|     1350 Pennsylvania Ave., N.W. | ) |
|     Suite 409 | ) |
|     Washington, D.C.  20004, | ) |

**AFFIDAVIT OF JAMES E. MCCOLLUM, JR., IN SUPPORT OF**
**APPLICATION FOR TEMPORARY RESTRAINING ORDER, DECLARATORY**
**AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**

I am James E. McCollum, Jr.  I state and declare that I have personal knowledge of the facts herein, that I am over the age of eighteen (18), and that I am competent to testify.  Accordingly, I declare the following.

1.      I am an attorney in good standing and licensed in the District of Columbia.

2.      I represent Neil Harps in an adverse action administrative proceeding in front of the District of Columbia Public School's ("DCPS") administrative hearing system.

3.      Mr. Harps is challenging his termination by DCPS.

4.      I do not represent Mr. Stewart who was terminated from DCPS.

5.      I was present on or about April 18, 2005, at a public hearing in the <u>Stewart</u> matter.

6.      I did not participate in argument or in eliciting testimony in any manner in the April 18, 2005, hearing.

7.      The <u>Stewart</u> hearing was not completed on April 18, 2005, and a continuation date has been set for on or about June 28, 2005, which is expected to last several days as I understand it.

8.      Clinton L. Evans, Jr., is the Hearing Officer assigned to the <u>Stewart</u> matter.

9.      DCPS objected to my presence at the April 18, 2005, hearing, but the Hearing Officer Evans permitted me to stay and observe the proceedings from the audience as a member of the public.

10.     Mr. Stewart had a court reporting service at the hearing to record a transcript of the proceedings.

11.     I quoted from portions of the transcript of the April 18, 2005, <u>Stewart</u> hearing in a motion for reconsideration that I filed in Mr. Harps' case.

12.     Thereafter, Hearing Officer Evans issued an order granting DCPS's motion to exclude me from Mr. Stewart's trial.

13.     Hearing Officer Evans indicated that my use of the public transcript was disruptive because I had "interjected" myself into Mr. Stewart's proceedings.

14.     I have a professional interest in attending the hearing which has been scheduled to re-convene on June 28, 2005, in order to represent my client, Mr. Harps, fully.

15.     If I am excluded from the hearing or if I am prohibited from obtaining the transcripts as DCPS has sought in their recent motion, my ability to represent my client, Mr. Harps, will be compromised.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June _____, 2005.

_____
James E. McCollum, Jr.