UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. MCCOLLUM, JR., <br> 7309 Baltimore Ave. #117 <br> College Park, MD  20740 <br><br>     Plaintiff, <br><br>     v. <br><br> DISTRICT OF COLUMBIA, <br> 825 North Capitol Street, N.E. <br> Washington, D.C.  20002-4232, <br><br>     and, <br><br> CLINTON L. EVANS, JR., <br> In his official capacity as <br> Hearing Officer for District of <br> Columbia Public Schools, <br><br>     Defendants. <br><br>     Serve: <br><br>     Executive Office of the Mayor <br>     1350 Pennsylvania Ave., N.W. <br>     5th Floor <br>     Washington, D.C.  20004 <br><br>     Office of the Attorney General <br>     1350 Pennsylvania Ave., N.W. <br>     Suite 409 <br>     Washington, D.C.  20004, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 65.1 STATEMENT

Counsel hereby verifies that she has furnished all papers to counsel for the

District of Columbia by facsimile to 202-727-3625.  On June 28, 2005, counsel spoke

with Edward P. Taptich, Esquire, supervising attorney and Assistant Attorney General to

describe the papers and the nature of the relief sought. Counsel hereby also requests an expedited hearing.

DATED this __28th__ day of June, 2005.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Carla M. Mathers
                                                           Bar No. 445064

                                                           7309 Baltimore Ave., Suite 117
                                                           P.O. Box 1717
                                                           College Park, MD 20740-2736
                                                           301-864-6070 Ext. 201