## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. MCCOLLUM, JR., <br> 7309 Baltimore Ave. #117 <br> College Park, MD 20740 <br> <br>     Plaintiff, <br> <br>     v. <br> <br> DISTRICT OF COLUMBIA, <br> 825 North Capitol Street, N.E. <br> Washington, D.C. 20002-4232, <br> <br>     and, <br> <br> CLINTON L. EVANS, JR., <br> In his official capacity as <br> Hearing Officer for District of <br> Columbia Public Schools, <br> <br>     Defendants. <br> <br>     Serve: <br> <br>     Executive Office of the Mayor <br>     1350 Pennsylvania Ave., N.W. <br>     5th Floor <br>     Washington, D.C. 20004 <br> <br>     Office of the Attorney General <br>     1350 Pennsylvania Ave., N.W. <br>     Suite 409 <br>     Washington, D.C. 20004, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

UPON CONSIDERATION OF Plaintiff, James E. McCollum, Jr.'s, Application for Temporary Restraining Order, the opposition hereto, and the entire record, it is hereby this

_____ day of _____, 2005,

ORDERED, that

1. Pursuant to 28 U.S.C. § 2201, the Court declare that the actions of the administrative law judge are overbroad, outside the Hearing Officer's authority and violate the First and Fourteenth Amendment to the United States Constitution;

2. That this Court grant temporary relief enjoining Defendants including the Hearing Officer in his official capacity from prohibiting Mr. McCollum from attending the public hearing in the Stewart hearing, from obtaining any public transcript from the Stewart hearing or from fully defending Mr. Harps in any other manner;

3. That this Court grant temporary relief enjoining Defendants, including the Hearing Officer, from prohibiting Mr. McCollum from attending the public hearing in the Stewart matter or from obtaining or using any transcript from the public hearing in the Stewart matter;

4. That the Court award Mr. McCollum the costs of suit together with reasonable attorneys' fees pursuant to 42 U.S.C. §1983 for pursuing this matter; and,

5. That pursuant to 28 U.S.C. §2202 and the principles of equity, the Court grant such other and further relief to Mr. McCollum as it may deem just and proper.


DATED this _____ day of June, 2005.

_____
United States District Court Judge


Copies to:

Carla M. Mathers
7309 Baltimore Ave., Suite 117
P.O. Box 1717

College Park, MD 20740-2736

Office of the Attorney General
1350 Pennsylvania Ave., N.W.
Suite 409
Washington, D.C. 20004