UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES E. MCCOLLUM, JR.**     )<br>                                                      )<br>         Plaintiff,                             )<br>                                                      )<br>         v.                                        )<br>                                                      )<br>**DISTRICT OF COLUMBIA, et al.** )<br>                                                      )<br>         Defendants.                       )<br>                                                      ) | Civil Action No. 05-1286 (RMC) |

## ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. On June 28, 2005, Plaintiff filed his Complaint in the above-captioned action, naming the District of Columbia and Clinton L. Evans, Jr., the Hearing Officer for District of Columbia Public Schools, as Defendants. Over 120 days have passed since the filing of the complaint in this action and the Court has no record that any of the defendants have been served with a summons and complaint. Accordingly, it is this 2nd day of February, 2006, hereby

**ORDERED** that on or before February 17, 2006, Plaintiff must either: file with the Court proof that Defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If Plaintiff fails to comply with this Order, or if the Court determines that Plaintiff has not shown good cause for failure to comply with Rule 4(m), the complaint will be dismissed without prejudice.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: February 2, 2006.