UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. MCCOLLUM, JR. )<br>)<br>　Plaintiff, )<br>)<br>　v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>　Defendants. )<br>) | Civil Action No. 05-1286 (RMC) |

**NOTICE OF DISMISSAL**

Comes Now, Plaintiff, James E. McCollum, Jr., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses the above-captioned case without prejudice.

Respectfully submitted,

_____/s/_____
Carla M. Mathers
Bar # 445064

McCollum & Associates, L.L.C.
7309 Baltimore Avenue, Suite 117
College Park, MD 20740-1717
(301) 864-6070